AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

UNITED STATES OF AMERICA, ex rel. JOSE G. CERVANTES, et al.,

                            Relators,

and

JOSE G. CERVANTES, et al.,

                            Plaintiffs,

      vs.

DEERE & CO., et al.,

                            Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-3034-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants, against Plaintiffs, without costs to any party. Plaintiffs' Breach of Contract claim is dismissed pursuant to the parties' consent, and Plaintiffs' False Claims Act, 31 U.S.C. §§ 3729-3733, claims are dismissed with prejudice for lack of subject matter jurisdiction.

| | |
|---|---|
| November 3, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |